RECEIVED
IN ALEXANDRIA,
FEB 1 5 2011
TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ABEL TREVINO, JR. #66974-179 | DOCKET NO. 10-CV-1705; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| WILLIAM A. SHERROD | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED** for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 15th day of February 2011.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**